# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **RONDI GOODEN,** | Civil Action No.: |
| Plaintiff, | 4:18-cv-00027-WTM-GRS |
| v. | |
| **BLUESTEM BRANDS, INC. d/b/a FINGERHUT,** | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rondi Gooden ("Plaintiff"), by and through her counsel, hereby voluntarily dismisses her Complaint without prejudice.

Dated: February 9, 2018         Respectfully submitted,

By: /s/ Dennis R. Kurz
Dennis R. Kurz, Esq.
Georgia Bar No.: 430489
Kurz Law Group, LLC
1640 Power Ferry Rd., Bldg. 17, Ste. 200
Marietta, GA 30067
Phone: (678) 264-8003
Fax: (678) 245-6805
dennis@kurzlawgroup.com
Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

Respectfully submitted,

Dated: February 9, 2018    By: /s/ Dennis R. Kurz
Dennis R. Kurz, Esq.
Georgia Bar No.: 430489
Kurz Law Group, LLC
1640 Power Ferry Road
Building 17, Ste. 200
Marietta GA 30067
Phone: (678) 264-8003
Fax: (678) 245-6805
dennis@kurzlawgroup.com
Attorney for Plaintiff

PLAINTIFF'S COMPLAINT